PHILLIP A. TALBERT
United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Nov 14, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ERIC TREJO, <br><br> Defendant. | CASE NO. 2:24-cr-0305 JAM <br><br> 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms; 21 U.S.C. § 841(a)(1) – Distribution of Cocaine (6 counts); 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

# INDICTMENT

COUNT ONE: [18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms]

The Grand Jury charges: T H A T

ERIC TREJO,

defendant herein, beginning on a date uncertain, but no later than on or about May 18, 2023, and continuing to in or about July 2024, in San Joaquin County, State and Eastern District of California, and elsewhere, not being a licensed dealer of firearms as described in Title 18, United States Code, Section 923, did willfully engage in the business of dealing in firearms, all in violation of Title 18, United States Code, Section 922(a)(1)(A).

//
//
//

INDICTMENT

1

1  COUNT TWO: [21 U.S.C. § 841(a)(1) – Distribution of Cocaine]
2      The Grand Jury further charges: T H A T
3                              ERIC TREJO,
4  defendant herein, on or about March 14, 2023, in San Joaquin County, State and Eastern District of
5  California, did knowingly and intentionally distribute a mixture and substance containing a detectable
6  amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code,
7  Section 841(a)(1).
8  COUNT THREE: [21 U.S.C. § 841(a)(1) – Distribution of Cocaine]
9      The Grand Jury further charges: T H A T
10                             ERIC TREJO,
11 defendant herein, on or about March 21, 2023, in San Joaquin County, State and Eastern District of
12 California, did knowingly and intentionally distribute a mixture and substance containing a detectable
13 amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code,
14 Section 841(a)(1).
15 COUNT FOUR: [21 U.S.C. § 841(a)(1) – Distribution of Cocaine]
16     The Grand Jury further charges: T H A T
17                             ERIC TREJO,
18 defendant herein, on or about April 13, 2023, in San Joaquin County, State and Eastern District of
19 California, did knowingly and intentionally distribute a mixture and substance containing a detectable
20 amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code,
21 Section 841(a)(1).
22 COUNT FIVE: [21 U.S.C. § 841(a)(1) – Distribution of Cocaine]
23     The Grand Jury further charges: T H A T
24                             ERIC TREJO,
25 defendant herein, on or about May 1, 2023, in San Joaquin County, State and Eastern District of
26 California, did knowingly and intentionally distribute a mixture and substance containing a detectable
27 amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code,
28 Section 841(a)(1).

COUNT SIX: [21 U.S.C. § 841(a)(1) – Distribution of Cocaine]

The Grand Jury further charges: T H A T

ERIC TREJO,

defendant herein, on or about June 26, 2023, in San Joaquin County, State and Eastern District of California, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

COUNT SEVEN: [21 U.S.C. § 841(a)(1) – Distribution of Cocaine]

The Grand Jury further charges: T H A T

ERIC TREJO,

defendant herein, on or about August 10, 2023, in San Joaquin County, State and Eastern District of California, did knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

FORFEITURE ALLEGATION: [21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1), 26 U.S.C. § 5872, 28 U.S.C. § 2461(c), and 49 U.S.C. § 80303 – Criminal Forfeiture]

1.      Upon conviction of the offenses alleged in Count One of this Indictment, defendant ERIC TREJO shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing or willful commission of the offense.

2.      Upon conviction of one or more of the offenses alleged in Counts Two through Seven of this Indictment, defendant ERIC TREJO shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

   a.      Any real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and any property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

   b.      A sum of money equal to the total amount of proceeds obtained as a result of the offenses, for which defendant is convicted.

3. If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Seven of this Indictment, for which defendant is convicted:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendant, up to the value of the property subject to forfeiture.

A TRUE BILL.

/s/ **Signature on file w/AUSA**
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

INDICTMENT

4

No. _____

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

THE UNITED STATES OF AMERICA
vs.

ERIC TREJO

## INDICTMENT

**VIOLATION(S):** 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing in Firearms;
21 U.S.C. § 841(a)(1) – Distribution of Cocaine (6 counts);
21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

**/s/ Signature on file w/AUSA**

*Foreman.*

*Filed in open court this* \_\_\_\_\_ **14th** \_\_\_\_\_ *day*

*of* \_\_\_\_\_ **November** \_\_\_\_\_ , *A.D. 20* \_**24**\_

_____ /s/ R. Alvarez _____
*Clerk.*

*Bail, $* \_\_\_\_\_ No process necessary

*[signature]*
U.S. Magistrate Judge

GPO 863 525

# United States v. Eric TREJO
## Penalties for Indictment

**COUNT 1:**

VIOLATION: 18 U.S.C. § 922(a)(1)(A) – Unlawful Dealing of Firearms

PENALTIES: Imprisonment of up to 5 years; or
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years.

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**COUNTS 2-7:**

VIOLATION: 21 U.S.C. § 841(a)(1) – Distribution of Cocaine

PENALTIES: Imprisonment of up to 20 years; or
Fine of up to $1,000,000; or both fine and imprisonment
Supervised release of at least 3 years and up to life (on each count).

SPECIAL ASSESSMENT: $100 (mandatory on each count)

**FORFEITURE ALLEGATION:**

VIOLATION: 21 U.S.C. § 853(a) - Criminal Forfeiture

18 U.S.C. § 924(d)(1),  28 U.S.C. § 2461(c) - Criminal Forfeiture

PENALTIES: As stated in the charging document