ERIC GRANT
United States Attorney
ROSS PEARSON
Assistant United States Attorney
MATTHEW DE MOURA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERIC TREJO,<br><br>Defendant. | CASE NO. 2:24-cr-00305-JAM<br><br>**STIPULATION AND ORDER TO EXCLUDE TIME BETWEEN AUGUST 11, 2026, AND SEPTEMBER 08, 2026**<br><br>DATE: September 8, 2026<br>TIME: 9:00 a.m.<br>COURT: Hon. John A. Mendez |

**STIPULATION**

On July 20, 2026, on the Court's own motion, the Staus Conference set for August 11, 2026, was vacated and reset for September 8, 2026. (ECF 35). Plaintiff United States of America, by and through its counsel of record, Matthew De Moura, and defendant, Eric Trejo, by and through defendant's counsel of record, Ryan Roth, hereby move to exclude time between August 11, 2206, and September 8, 2026. Exclusion of time would allow the parties to continue to work towards a resolution and/or prepare for trial.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 8, 2026 to August 11, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4].

Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy

Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 10, 2026

ERIC GRANT
United States Attorney

/s/ MATTHEW DE MOURA
MATTHEW DE MOURA
Special Assistant United States Attorney

Dated: August 10, 2026

ERIC GRANT
United States Attorney

/s/ ROSS PEARSON
ROSS PEARSON
Assistant United States Attorney

Dated: August 10, 2026

/s/ RYAN ROTH
RYAN ROTH
Counsel for Defendant
ERIC TREJO

## ORDER

The Court finds that based on the facts set forth in the parties' stipulation, the failure to exclude time between August 11, 2026, and September 8, 2026, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. Time from August 11, 2026, to and including September 8, 2026, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: August 11, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE